[Nos. 43823-2-II; 43826-7-II;   Division Two.   August 19, 2014.]
43833-0-II; 43836-4-II.

THE STATE OF WASHINGTON, *Respondent*, v. STEPHANEY MALONE,
*Appellant*.

Appeals from a judgment of the Superior Court for Cowlitz County, No. 10-1-01183-5, Michael H. Evans, J., entered July 13, 2012. *Affirmed in part, reversed in part, and remanded with instructions* by unpublished opinion per Bjorgen, A.C.J., concurred in by Hunt and Lee, JJ.

[No. 43874-7-II.   Division Two.   August 19, 2014.]

BATTLE GROUND PLAZA, LLC, *Appellant*, v. DEAN MALDONADO
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-2-03431-1, Barbara D. Johnson, J., entered August 10, 2012. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Hunt and Worswick, JJ.

[Nos. 43995-6-II; 45427-1-II.   Division Two.   August 19, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD HODGE
HOLTZ, *Appellant*.

*In the Matter of the Personal Restraint of* RONALD HODGE
HOLTZ, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-03845-1, Kathryn J. Nelson, J., entered September 21, 2012, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Hunt, J., concurred in by Worswick and Melnick, JJ.